STATE OF MONTANA,
    Plaintiff,                                  No.  DC-98-13129

vs.                                                  **Decision**
**DARRIN HODGSON,**
   **Defendant,**

On July 19, 2005, the defendant was sentenced to ten (10) years in the Montana State Prison, with five (5) years suspended, for violation of the conditions of a suspended sentence, for the offense of Count I: Sexual Intercourse Without Consent, a felony.

On August 10, 2006, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Brian Smith. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he did not wish to proceed.

Therefore, it is the unanimous decision of the Sentence Review Division that the application for review of sentence shall be dismissed.

Done in open Court this 10th day of August, 2006.

DATED this 21st day of August, 2006.

Alt. Chairperson, Hon. Randal I. Spaulding, Member, Hon. Katherine Irigoin and Alt. Member, Hon. Douglas Harkin.